# UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT

_____

No. 99-11263

(Summary Calendar)

_____


KATHERINE FURLEY,
also known as Katherine
Hackleman,

                    Plaintiff-Appellant-Appellee,

TIM DEAN, Individually and
as next friend on behalf of
James Randolph Dean,

                    Movant-Appellant,

versus


ALEDO INDEPENDENT
SCHOOL DISTRICT,

                    Defendant-Appellee.

_____

Appeals from the United States District Court
For the Northern District of Texas
USDC No. 4:99-CV-416-A

_____

May 23, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Katherine Furley appeals the district court's dismissal of her 42 U.S.C. § 1983 suit for failure to state a claim. The district court did not err in dismissing Furley's suit. *See Doe v. Santa Fe Indep. Sch. Dist.*, 168 F.3d 806, 819-22 (5ᵗʰ Cir. 1999), *cert. granted*, 120 S. Ct. 494 (1999). The district court also did not abuse its discretion in denying her motion to amend her complaint, as her claims were foreclosed by *Doe* and thus were futile. *See Leffall v. Dallas Indep. Sch. Dist.*, 28 F.3d 521, 524 (5ᵗʰ Cir. 1994). Because Furley's suit was dismissed, the district court also did not err in denying as moot Tim Dean's motion to intervene in the suit. *See Flory v. United States*, 79 F.3d 24, 26 (5ᵗʰ Cir. 1996). Accordingly, the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.